IN RE: OPINION OF THE JUSTICES OF THE
SUPREME COURT OF FLORIDA
163 So. 78.
Opinion Filed August 30, 1936.

IN THE SUPREME COURT OF FLORIDA
August 6, 1935.

HON. DAVID SHOLTZ, *Governor.*

Tallahassee, Florida.

Dear Governor:

We have for consideration your letter of July 26th, as follows:

"Chapter 4700, Laws of Florida, Acts of 1899, created the Railroad Commission, prescribed its duties and powers

and provided an annual salary for each Commissioner. The Section fixing the salaries of the Commissioners has been amended from time to time. The last amendment was by Chapter 12218, Acts of 1927, which amended Section 4608, Revised General Statutes, and provided that the salary of each Commissioner shall be $5000.00 per annum, 'to be paid monthly from the Treasury of the State.' This Section was brought forward in the Compiled General Laws of Florida, 1927, as Section 6693 and has never been specifically amended or repealed.

"Chapter 15859, Laws of Florida, Acts of 1933, fixed the annual salaries of certain State officers and employees and under the provisions of this Act the salaries of the members of the Railroad Commission were fixed as follows:

" 'Chairman State Railroad Commission ............$4500.00
Each of two members of State Railroad Com-
mission ............................................................ 4000.00'

"Chapter 15859 contained a general repealing section but did not refer specifically to Section 6693, Compiled General Laws of Florida, 1927, which fixed the salary of each Railroad Commissioner.

"House Bill No. 1256, known as the General Appropriation Bill of 1935, and which will appear as Chapter 16,772, Laws of Florida, Acts of 1935, made appropriations for the salaries of officers and employees for the State for the annual periods beginning July 1, 1935, and July 1, 1935. This Chapter made appropriations for the salaries of the Railroad Commission as follows:

" 'Salaries .......................................................$43,500.00'

"The Budget Commission, in its recommendations to the Legislature, recommended that the salaries of the Railroad Commission and its employees be fixed as follows:

" 'Chairman .......................................................$5000.00
Commissioner ................................................ 5000.00
Commissioner ................................................ 5000.00
Counsel ........................................................... 5000.00
Assistant Counsel ......................................... 4000.00
Sect. and Supt. Motor Trans. ..................... 3600.00
Rate Expert ..................................................... 3900.00
Telephone Engineer ................................... 3900.00
Accountant ..................................................... 3900.00
Clerk and Stenographer ........................... 1800.00
Clerk and Stenographer ........................... 1800.00
Janitor ........................................................... 600.00
                                                                    —————
                                                                    $43,500'

"The Comptroller has drawn warrants payable to each member of the Railroad Commission in the amount of $416.66. These warrants are dated July 31, 1935, and are for salaries for the month of July, 1935, on the basis of $5000.00 per annum. He has delivered to me the above mentioned warrants in the usual course of business for me to countersign.

"In view of the fact that Chapter 15,859, Acts of 1933, did not specifically repeal Section 6693, Laws of Florida, 1927, fixing the salary of each Railroad Commissioner, and further in view of the fact that the Legislature, in the General Appropriation Act of 1935, appropriated for the salaries of the Railroad Commissioners and their employees an amount identical with the total of the items set out in the recommendation of the Budget Commission, was it the intention of the Legislature that each member of the Railroad Commission should receive the salary of $5000.00 per annum as fixed by the Railroad Commission Special Act, recommended by the Budget Commission and provided for

by the Legislature in the General Appropriation Act of 1935, or the amount fixed in the salary bill known as Chapter 15,859, Laws of Florida, Acts of 1933?

"This creates a doubt in my mind as to whether the salaries of the Railroad Commissioners should be $5000.00 per annum or whether they should be as fixed in the salary Act of 1933—therefore, I am in doubt as to whether I should sign the salary warrants as presented.

"By authority of the power vested in me as Governor of the State of Florida by Section 13, Article 4, of the Constitution of the State of Florida, I request that you render to me your opinion in writing as provided therein, as to whether or not it is my executive duty under Section 24 of Article 4 of the Constitution of the State of Florida as Governor of the State of Florida, to countersign the warrants drawn by the Comptroller to the order of each member of the Railroad Commission of the State of Florida in the sum of $416.66 each, as above set out."

In reply, we respectfully advise that we construe the provisions of Chapter 15,859, Laws of Florida, Acts of 1933, as effectively repealing all former legislative Acts fixing the salaries of members of the Railroad Commission of the State of Florida. That Act appears to remain in full force and effect in this regard.

It is, therefore, not your duty to countersign warrants for the payment of the monthly salaries of the Chairman and other members of the Railroad Commission in a larger amount than the sum fixed by statute, Chapter 15,859, *supra.*

Respectfully,

J. B. WHITFIELD, *Chief Justice.*

ARMSTEAD BROWN,          W. H. ELLIS,
RIVERS BUFORD,           GLENN TERRELL,
FRED H. DAVIS,

*Justices of Supreme Court.*